# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0429
LT Case Nos. 2009-CF-1183
2010-CF-0435

_____

STEFAN L. WHEELER,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____


3.850 Appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

Stefan L. Wheeler, Monticello, pro se.

No Appearance for Appellee.

April 16, 2024


PER CURIAM.

  AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

WALLIS, JAY, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____